UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDES,<br><br>  Plaintiff,<br><br>  v.<br><br>WHY NOT MANAGEMENT, INC., et al.,<br><br>  Defendant. | No. 1:21-cv-00561-JLT-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 16) |

On February 23, 2022, the parties filed a stipulated request to modify the scheduling order. (ECF No. 16). As grounds, the parties state an extension is warranted because they are trying to resolve discovery disputes without Court intervention, mediate issues prior to the need for trial, and because a trial has not yet been set.

The Court finds good cause to extend the deadlines. Accordingly, IT IS ORDERED that the Court's scheduling order (ECF No. 9) is hereby modified as follows, with all unmodified provisions of the scheduling order remaining in place:

///

///

///

///

///

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-expert Discovery Cutoff | March 18, 2022 | June 22, 2022 |
| Expert Disclosure | April 18, 2022 | July 20, 2022 |
| Rebuttal Expert Disclosure | May 18, 2022 | August 17, 2022 |
| Expert Discovery Cutoff | June 20, 2022 | September 21, 2022 |
| Deadline to File Dispositive Motions[1] | August 4, 2022 | October 21, 2022 |
| Pre-Trial Conference | January 18, 2023, at 8:15 a.m. Dept. 4 | February 17, 2023, at 1:30 p.m. Dept. 4 |
| Trial | Not set | Not set |

IT IS SO ORDERED.

Dated:   **February 24, 2022**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties did not request to extend the dispositive-motion deadline or pre-trial conference date. However, it is necessary to extend them based on the other extensions.

2