UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDES,<br><br>            Plaintiff,<br><br>    v.<br><br>WHY NOT MANAGEMENT, INC.,<br><br>            Defendant. | Case No. 1:21-cv-00561-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 18) |

On July 5, 2022, the parties filed a joint stipulation dismissing this action with prejudice, with each party bearing its own costs and attorney fees, and conditioned upon the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs and attorney fees.

Accordingly, the Clerk of Court is directed to close this case. Pursuant to the parties' stipulated request, the Court retains jurisdiction through October 31, 2022, to enforce the terms of the parties' settlement agreement, subject to either party's right to seek an extension of this date.

IT IS SO ORDERED.

    Dated: **July 6, 2022**                            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE